FILED - KZ
February 18, 2025 10:27 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg   Scanned by: /2/18/25

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN

MARK A. SPERTI
2415 EDGEWOOD DRIVE
KALAMAZOO, MICHIGAN. 49008

1:25-cv-178
Hala Y. Jarbou
U.S. Chief Judge

VS.

DONALD J. TRUMP AND JD VANCE

## GRIEVANCE

In accordance with my First Amendment right to petition this government for the redress of my grievance, I state the following:

On January 6 2021, Donald J. Trump engaged in insurrection.

Since January 6, 2021, Donald J. Trump and JD Vance have given aid and comfort to the insurrectionists; most recently, he has pardoned those who pled guilty or were found guilty of insurrection.

The 14th Amendment forbids the defendants from holding their respective offices; therefore, I demand that Donald J. Trump and JD Vance be declared illegitimate holders of their office and removed therefrom.

I ask for a refund of my filing cost.

Mark A. Sperti

*[signature: Mark A. Sperti]*